TOWLE, Respondent, v. OELRICHS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Mabel E. Towle against Theresa A. Oelrichs and another. J. M. Bowers, of New York City, for appellants. F. P. Ufford, of

New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.